# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:
Ben Clark
4808 Troon Circle
Dallas, TX 75287
SSN: XXX-XX-8458
Debtor

Case No. 15-41225 btr
Chapter: 13

## NOTICE OF MISSING DOCUMENTS TO INDIVIDUAL DEBTOR

Upon review of the Court's docket in the above-referenced case, the Clerk notes that the following required documents have yet to be filed with the Court:

☑ 1. Schedule of Assets and Liabilities;

☑ 2. Schedule of Current Income and Expenditures, including an executed statement disclosing any anticipated increase in income or expenditures over the 12- month period following the filing of the petition;

☑ 3. Statement of Financial Affairs (Form B7);

☐ 4. Notice to Individual Debtor (Form B201) Pro Se Chapter 13 debtors only; (JUDGE PARKER ONLY)

☑ 5. Statement of Debtor's Current Monthly Income (Official Form B22[A, B, or C]);

If items 1-5 are checked above, they are due by August 20, 2015.

**NOTICE: The failure of an individual debtor to provide documents 1 - 5, may result in the automatic dismissal of a Chapter 7 or Chapter 13 case pursuant to §521(i).**
**\*\*All forms can be found at the Court's website www.txeb.uscourts.gov or at the Clerk's offices between the hours of 8:00 am and 4:00 pm.**

**DATED: August 6, 2015**                    **JEANNE HENDERSON**
                                             **CLERK OF THE COURT**